**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                                :
ANTONIO HESTER,                 :
                                :
        Plaintiff,              :
   v.                           :
                                :
DISTRICT OF COLUMBIA, et al.,   :
                                :    Civil Action No. 04-1291 (GK)
        Defendants.             :
_____ :
```

### ORDER

Plaintiff, Antonio Hester, brings this suit alleging that Defendants, the District of Columbia and Robert C. Rice, Superintendent of the District of Columbia Public Schools, failed to provide him with a free appropriate public education ("FAPE") as required under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 14, et seq.. This matter is before the Court on Plaintiff's Motion for Summary Judgment, [**#14**], and Defendants' Cross-Motion for Summary Judgment, [**#16**]. Upon consideration of the Motions, Oppositions, and Replies, and the entire record herein, and for the reasons stated in the Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion, [**#14**], is **granted**; and it is further

**ORDERED** that Defendants are required to provide Plaintiff with compensatory education, provided for by Certified Learning Center ("CLC"), for the period from November 1, 2000, through August 5,

2005; it is further

    **ORDERED** that the amount and form of the compensatory education shall be determined by Plaintiff's District of Columbia IEP team; and it is further

    **ORDERED** that Defendants' Motion, [**#16**], is **denied.**


May 9, 2006                               /s/
                                             Gladys Kessler
                                             United States District Judge

**Copies To: Attorneys of Record via ECF**